FILED
FEB 25 1992
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>KENNETH EARL STOVALL, )<br>LANGSTON HOWARD, III, )<br>JOHN EARL PHIFER, JR., )<br>REGINALD MOORE and )<br>ANDRE DEMOND AIKEN )<br>) | CR. NO. 92-64-N<br>[18 USC § 924(c)(1)<br>21 USC § 841(a)(1);<br>21 USC § 846] |

INDICTMENT

The Grand Jury charges:

COUNT I

That from in or about the month of December, 1991, and continuing thereafter up to and including the date of the filing of this indictment, in Montgomery, Alabama, within the Middle District of Alabama, and elsewhere,

→ KENNETH EARL STOVALL,
→ LANGSTON HOWARD, III,
  JOHN EARL PHIFER, JR., p.g.
  ~~REGINALD MOORE and~~
→ ANDRE DEMOND AIKEN,

defendants herein, did knowingly and intentionally conspire, combine and agree together and with other persons known and unknown to the Grand Jury to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

COUNT II

That on or about the 25th day of January, 1992, in Montgomery, Alabama, within the Middle District of Alabama,

→ KENNETH EARL STOVALL,
→ LANGSTON HOWARD, III,
  ~~JOHN EARL PHIFER, JR.,~~

1

~~REGINALD MOORE and~~ e
ANDRE DEMOND AIKEN,

defendants herein, did knowingly and intentionally distribute approximately 111.5 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT III

That on or about the 25th day of January, 1992, in Montgomery, Alabama, within the Middle District of Alabama,

KENNETH EARL STOVALL,
LANGSTON HOWARD, III,
~~JOHN EARL PHIFER, JR.,~~
~~REGINALD MOORE and~~ e
ANDRE DEMOND AIKEN,

defendants herein, did knowingly and intentionally possess with intent to distribute approximately 73.9 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT IV

On or about the 25th day of January, 1992, in Montgomery, Alabama, within the Middle District of Alabama, the defendants,

KENNETH EARL STOVALL,
~~LANGSTON HOWARD, III,~~
~~JOHN EARL PHIFER, JR.,~~
~~REGINALD MOORE and~~
~~ANDRE DEMOND AIKEN,~~

knowingly used and carried a firearm, that is, a loaded RG .38 caliber revolver handgun, Model 40, serial number R134966, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, distribution of cocaine base, a Schedule II Controlled Substance, in violation

of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL:

_____
Foreperson

_____
JAMES ELDON WILSON
United States Attorney

_____
LOUIS V. FRANKLIN, SR.
Assistant U. S. Attorney