**PDF TO BE ATTACHED WHEN FILE RECEIVED FROM PERMANENT RETENTION**