# CRIMINAL DOCKET- U.S. District Court

**NORTHERN DIVISION**

| PO | 1127 | 2 | 2705 | | | | vs. | AIKEN, ANDRE DEMOND | Case Filed: 02/25/92 | Docket No. 92-00064-05 |
| Misd. | | | 2709 | | JUVENILE / ALIAS | | | | No. of Def's: 5 | U.S. MAG. CASE NO 92-0008M-04 |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21/846 | Conspiracy to distribute Cocaine Base, a Schedule II controlled substance. (Ct. 1) | 1 | |
| 21/841(a)(1) | Distribution of Cocaine Base, a Schedule II controlled substance. (Ct. 2) | 1 | |
| 21/841(a)(1) | Possession with intent to distribute Cocaine Base, a Schedule II controlled substance. (Ct. 3) | 1 | X |
| 18/924(c)(1) | Using and carrying a firearm during and in relation to a drug trafficking crime. (Ct. 4) | 1 | X |

## II. KEY DATE

- INTERVAL ONE — KEY DATE (EARLIEST OF): **1-25-92** ☒ arrest
- END ONE / BEGIN TWO — KEY DATE (APPLICABLE): **2-25-92** ☒ Indictment filed/unsealed
- KEY DATE: --
- END INTERVAL TWO — KEY DATE (APPLICABLE): **4-20-92** ☒ Trial (voir dire) began ☒ Jury

1st appears with or waives counsel — ARRAIGNMENT: **3-10-92**
DISPOSITION DATE: **4-24-92**
SENTENCE DATE: **7/2/92**

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Arrest Warrant Issued | 1-27-92 | 27BC | INITIAL APPEARANCE DATE | 1-27-92 | 27BC | ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| COMPLAINT | 1-27-92 | 27BC | PRELIMINARY EXAMINATION Date Scheduled | 1-30-92 | | |
| | | | Date Held | 1-30-92 | 27BC | |

Date of Arrest: **1-27-92**
OFFENSE (In Complaint): Conspire to distribute cocaine base and use and carry a firearm during a drug trafficking offense.

Show last names and suffix numbers of other defendants on same indictment/information:
1-STOVALL; 2-HOWARD; 3-PHIFER; 4-MOORE

## ATTORNEYS

U.S. Attorney or Asst.
JAMES ELDON WILSON, U.S. Attorney
Louis V. Franklin, Sr., Asst. U.S. Attorney

Defense: 1 ☒ CJA
Paul R. Cooper
312 Scott Street
Montgomery, Alabama 36104
(205) 262-4887
Appt'd 1/28/92

Andre Demond Aiken
08691-002
2650 Highway 301 South
Jesup, Georgia 31599

BAIL • RELEASE
PRE-INDICTMENT
DETENTION ORDER

| DATE<br>DOCUMENT NO. | Yr / Docket No. / Def.<br>92 00064 3 | MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>PROCEEDINGS DOCKET FOR SINGLE DEFENDANT<br>ANDRE DEMOND AIKEN | | VI. EXCLUDABLE DELAY<br>Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|
| | | (OPTIONAL) Show last names of defendants        V. PROCEEDINGS | | | | |
| 1-27-92 | 1 | Complaint. | | | | |
| 1-27-92 | 2 | Warrant. | | | | |
| 1-27-92 | 3 | Government's motion for detention hearing. | | | | |
| 1-28-92 | 4 | Order of temporary detention. | | | | |
| 1-27-92 | 5 | CJA 23. | | | | |
| 1-28-92 | 6 | CJA 20. | | | | |
| 1-27-92 | 7 | Courtroom deputy's minutes. | | | | |
| 1-28-92 | 8 | Warrant return. | | | | |
| 1-30-92 | 10 | Order that defendant be held to answer charges against him. | | | | |
| 1-30-92 | 11 | Order of detention. | | | | |
| 1-30-92 | 12 | Courtroom deputy's minutes. | | | | |
| 2-6-92 | | File to clerk's office. | | | | |
| 2-25-92 | 1 | Indictment. | | | | |
| 2-26-92 | 6 | Summons issued for defendant's appearance at **arraignment** on 3/10/92 at 10:00 a.m., first floor courtroom, Montgomery, AL. | | | | |
| 2-27-92 | 10 | Marshal's return on service of summons on defendant 2/26/92. | | | | |
| 3-6-92 | 17 | **ARRAIGNMENT NOTICE (3-10-92, 10 a.m.)** | | | | |
| 3-10-92 | | **ARRAIGNMENT** before Judge Albritton. Defendant appeared with Atty. Cooper; plea of not guilty; given 10 days to file motions; remanded to custody of Marshal for trial term 4-20-92 before Judge Hobbs. | | | | |
| 3-10-92 | 18 | Defendnat's **motion** to suppress. Referred to Judge Hobbs. | 2 | 3-10-92<br>4-17-92 | E | 38 |
| 3-10-92 | 19 | Defendant's **motion** for discovery and inspection. Referred to Judge Hobbs. **DENIED/MOOT 3/17/92** | | | | |
| 3-12-92 | 22 | Government's **response** to motion to suppress. Referred to Judge Hobbs. | | | | |
| 3-12-92 | 23 | Government's **response** to motion for discovery and inspection. Referred to Judge Hobbs. | | | | |
| 3-17-92 | 37 | **ORDER** (Rendered 3/16/92) denying as moot defendant Aiken's 3/10/92 motion for discovery; denying as moot defendant Phifer's 3/6/92 motion for discovery. (Copies furnished to USA; mailed to counsel.) | | | | |

CONTINUED TO PAGE

T 6:31   N-30   T 6:55 N= 17

| | | | NORTHERN DIVISION |
|---|---|---|---|
| UNITED STATES DISTRICT COURT CRIMINAL DOCKET   U.S. vs AIKEN, ANDRE DEMOND   AO 256A | | | 92 \| 00064 \| 05 Yr. \| Docket No. \| Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 3-19-92 | Defendant files the following: | |
| | 39   **Motion** and brief in limine concerning Rule 801(d)(2)(E) evidence. **DENIED/MOOT 4/3/92** | |
| | 40   **Motion** for discovery and inspection of evidence favorable to the defendant; investigative reports of law enforcement agencies containing exculpatory matter. **DENIED/MOOT; DENIED 4/3/92** | |
| | 41   Second **Motion** for discovery and inspection. **granted, denied, denied/moot 4/17/92** | |
| | 42   **Motion** to preserve handwritten notes and tape recordings of all government agents. **DENIED/MOOT 4/3/92** | |
| | 43   **Motion** to dismiss indictment. **DENIED 4/3/92** | |
| | 44   **Motion** for a bill of particulars. **DENIED 4/7/92** | |
| | 45   **Request** for notice by the government of its intention to use evidence. **DENIED/MOOT 4/3/92** | |
| | All the above referred to Judge Hobbs. | |
| 3-24-92 | 61   TRIAL **NOTICE** (4-20-92, 10 a.m., 1st fl. courtroom, MONTGOMERY) sent to counsel with juror profile notice; furnished to defendant by USM, USM, USA, USPO. | |
| 3-27-92 | 62   **ORDER** (Also applies to CR. Nos. 92-31-N, 92-23-N, 92-65-N, 92-74-N, 92-69-N, 91-295-N, 91-334-N, 89-4-N, 92-60- & 92-61-N) DIRECTING the United States to file its responses to any motions heretofore filed in the above referenced cases forthwith; for those defendants arraigned on March 20 and whose motions are due to be filed on or before March 30, the United States shall file its response to any motion filed by these defendants no later than April 6; as to CR. No. 92-64-N, granting defendants Howard and Moore's motions for additional time in which to file further motions to the extent that such motions shall be filed on or before March 30; the United States' response to such motions shall be filed on or before April 6; DIRECTING the parties to file any requested voir dire questions and any proposed jury instructions (ORIGINAL AND ONE COPY) on or before 4/13/92. (Copies furnished to USA; mailed to remaining counsel.) | |
| 3-27-92 | 83   Government's **response** to request for notice by the government of its intention to use evidence. Referred to Judge Hobbs. | |
| 3-27-92 | 84   Government's **response** to motion and brief in limine concerning Rule 801(d)(2)(E) evidence. Referred to Judge Hobbs. | |
| 3-27-92 | 85   Government's **response** to motion to dismiss. Referred to Judge Hobbs. | |

Interval (per Section II) \| Start Date / End Date \| Ltr. Code \| Total Days

NORTHERN DIVISION
Case 2:92-cr-00064-ID-TFM   Document 318   Filed 01/07/2008   Page 4 of 10
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AIKEN, ANDRE DEMOND
92-00064-05
AO 256A
Page 3

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| 3-27-92 | 86  Government's **response** to motion for discovery and inspection of evidence favorable to the defendant; investigative reports of law enforcement agencies containing exculpatory matter. Referred to Judge Hobbs. | |
| 3-27-92 | 87  Government's **response** to motion to preserve handwritten notes and tape recordings of all government agents. Referred to Judge Hobbs. | |
| 3-27-92 | 88  Government's **response** to motion for bill of particulars. Referred to Judge Hobbs. | |
| 3-30-92 | 89  Defendant's **motion** for subpoenas of witnesses. Referred to Judge Hobbs. **GRANTED in part. 4/1/92.** | |
| 4-1-92 | 91  **ORDER** granting in part and denying in part defendant's 3/30/92 motion to supboena eight witnesses; allowing defendant to subpoena 3 of 5 character witnesses; DIRECTING the clerk to issue the necessary subpoenas to the witnesses as set out in order to require their attendance at the trial of this cause on Monday 4/20/92 at 10:00 A.M., first floor courtroom, Montgomery, AL; that the costs incurred by the issuance of these processes, the service thereof, and the fees of the witnesses to be paid in the same manner that similar costs and fees are paid where witnesses are subpoenaed in behalf of the United States; that the U.S. Marshal execute and serve the necessary processes herein cited. (Copies furnished to USA, USM; mailed to counsel.) | |
| 4-1-92 | Six subpoenas set out in order delivered to Marshal for service. | |
| 4-3-92 | 93  **ORDER (1) denying as moot** defendant's motion to produce statements of his co-conspirators **(2) denying as moot** defendant's motion for discovery of all exculpatory information contained in investigative report of law enforcement agencies, **denying** the part of the motion seeking to discover the identity of the government's witnesses and potential witnesses; **(3) denying as moot** defendant's motion to preserve all handwritten notes and tape recordings of government agents which constitute "statements" within the meaning of the Jencks Act, <u>United States v. Giglio</u> and <u>Brady v. Maryland</u>; **(4) denying as moot** defendant's request that the government notify him of its intention to use Fed. R. Crim. P. 12(d)(2) evidence. (Copies furnished to USA; mailed to remaining counsel.) | |
| 4-3-92 | 95  **ORDER** denying defendants' Moore, Aiken and Howard's motions to dismiss the indictment. (Copies furnished to USA, PO; mailed to remaining counsel.) | |

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET    U.S. vs    AIKEN, ANDRE DEMOND    92-00064-05

AO 256A    Page 4    Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 4-7-92 | 96 | **ORDER** denying defendant's motion for a bill of particulars. (Copies furnished to USA; mailed to remaining counsel.) |
| 4-8-92 | 98 | **ORDER** that the motions to suppress filed by defendants AIKEN and MOORE and any other motion to suppress filed in the interim, will be heard Friday, **4/10/92, 9:30 a.m.**, first floor courtroom; DIRECTING the United States to file its response to defendant Moore's motion forthwith, and any other motions to suppress filed prior to the 4/10/92 hearing. (Copies furnished to USA, PO, USM; mailed to remaining counsel.) |
| 4-10-92 | | **SUPPRESSION HEARING.** |
| 4-10-92 | 104 | Courtroom deputy's minutes of suppression hearing held this date with copy of witness and exhibit lists attached. (Paul Knighten's **oral motion** for a copy of transcript of this hearing - motion taken under advisement. **Exhibit** with court file in separate envelope.) |
| 4-14-92 | 107 | Defendant Andre' Aiken's **memorandum of law** in support of motion to suppress. Referred to Judge Hobbs. |
| 4-14-92 | 108 | Defendant Andre' Delond Aiken's **jury qualification** questions. Referred to Judge HObbs. |
| 4-14-92 | 109 | Defendant Andre Delmond Aiken's requested **jury charges**. Referred to Judge Hobbs. |
| 4-14-92 | 110 | Government's requested **voir dire** questions. Referred to Judge Hobbs. |
| 4-14-92 | 111 | Government's requested **jury instructions**. Referred to Judge Hobbs. |
| 4-16-92 | 120 | Government's **brief** in support of opposition to defendants' motion to suppress. Referred to Judge Hobbs. |
| 4-17-92 | 125 | **ORDER** on defendant's **second** motion for discovery and inspection; **granting** defendant's request in ¶ 1 for notice from the Government of its intention to rely upon "similar acts" evidence at trial; DIRECTING the Government to make available to the Court for an <u>in camera</u> review evidence of prior crimes or bad acts it intends to rely on at trial before 4/20/92; **denying** the request to the extent that defendant requests a more liberal disclosure of such evidence; **denying as moot** ¶¶ 2,4,5,10,11,12,13,15,16 and 17; **denying as moot** ¶¶ 3 and 14; **denying** ¶¶ 5 and 7; **denying as moot** ¶ 6; **denying** ¶ 9; **denying as moot** defendant's request for the Govenment's intention |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET | AIKEN, ANDRE DEMOND | 92-00064-05 |
| AO 256A | Page 5 | |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| 4-17-82 | 125  ORDER CONTINUED:<br>to use evidence. (Copies furnished to USA; mailed to remaining counsel.) | |
| 4-17-92 | 126  **ORDER** denying defendants' motions to suppress. (Copies furnished to USA; mailed to remaining counsel.) | |
| 4-20-92 | Jury selected; trial to commence 4/21/92 at 9:00. | |
| 4/21-24/92 | Jury trial. | |
| 4-24-92 | 132  Defendant's supplemental jury charges. Referred to Judge DeMent. | |
| 4-24-92 | 133  Note from the jury. | |
| 4-24-92 | 136  Jury verdict of guilty to Counts 1 & 2. | |
| 4-24-92 | 141  **ORDER** detaining defendant pending sentencing as required by 18 USC 3143 as amended. (Copies furnished to USA, PO, USM; mailed to counsel.) | |
| 4-24-92 | 142  **ORDER** setting **sentencing** for **7/2/92 at 10:00 a.m.**, Montgomery, AL; that objections to PSI Report shall be made in writing to the Probation Officer on or before 6/17/92; scheduling a conference for attorneys with the probation officer on 6/19/92 at 10:30 a.m. (Copies furnished to USA, PO, USM; mailed to counsel.) | |
| 4-27-92 | 144  Courtroom deputy's minutes of trial proceedings with lists of witnesses and exhibits attached. (4/22/92 Mr. Bell's objections to U.S. Attorney's impeachment of its own witness Phifer; Mr. Bell's oral motion for a mistrial - **OVERRULED**; Mr. Bell's oral motion to strike entire testimoney of witness Phifer - **DENIED**; Mr. Bell's motion for a severance and a mistrial - **DENIED**: Mr. Bell renews motion for severance & motion for mistrial - **DENIED**; 4/23/92 Mr. Bell's oral motion to dismiss indictment; Defendant MOORE'S oral motion for judgment of acquittal at the close of Government's case - **GRANTED**; defendant HOWARD'S oral otion for judgment of acquittal for Ct. 3 and Count 1 - **DENIED**; Defendant HOWARD'S oral motion for judgment of acquittal on doctine of outrage - **DENIED**; Defendant HOWARD'S oral motion that the testimony of the C.I. should be suppressed - **DENIED**; Defendant HOWARD'S oral motion for judgment of acquittal that the Government failed to prove its case - **DENIED**; Defendant AIKEN'S oral motion for Judgment of Acquittal - **DENIED**; defendant STOVALL adopt all other motions except entrapment defense - **DENIED**; after resting his case defendant STOVALL | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** — U.S. vs AIKEN, ANDRE DEMOND

AO 256A

Page 6

92-00064-05

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 4-27-92 | 144  Courtroom minutes continued: renews his previous motion for judgment of acquittal - **DENIED**; defendant STOVALL'S oral motion for a mistrial & severance - **DENIED**; 4/24/92 Defendant STOVALL'S oral motion for a severance - **DENIED**; Defendant STOVALL renews oral motion for severance and makes a motion for a mistrial - **EACH DENIED**; All defendants renew motions for judgment of acquittal at the conclusion of all evidence - **each DENIED**; Defendant STOVALL'S oral motion for a mistrial for failure to grant a severance at to Count 3; Jury polled and each juror concurred in the verdict.) | |
| 6-2-92 | Court reporter's transcript of **testimony** of defendant in hearing held on 4/24/92. | |
| 6-2-92 | Court reporter's transcript of **testimony** of John Earl Phifer in hearing held on 4/21/92. | |
| 6-5-92 | 145  Government's **motion** for return of evidence. Referred to Judge Hobbs. **GRANTED 6-11-92**. Furnished to USA; mailed to remaining counsel. | |
| 6-9-92 | 150  **SENTENCING NOTICE.** (7/2/92 at 10 a.m., first floor courtroom, Montgomery, AL.) | |
| 7-2-92 | **SENTENCING** before Judge DeMent. | |
| 7-2-92 | 161  **ORDER** that the presentence report in this cause be filed with the Clerk of this Court wherein it shall be placed under **seal**; that if an appeal is taken, the presentence report shall be transmitted under seal to the appellate court; that upon written application to the Clerk of this Court, counsel for the defendant and for the government may examine the report or obtain a copy thereof as further set out in order. (Copies furnished to USA, PO; mailed to counsel.) EOD 7-2-92 | |
| 7-2-92 | 162  Presentence report.  (**SEALED** and placed in vault.) | |
| 7-2-92 | 163  Defendant's written objections to the presentence report. **SEALED** and placed with the presentence report. | |
| 7-6-92 | 164  Defendant's **motion** to reconsider judgment and sentence, **brief** and argument. Referred to Judge DeMent. | |
| 7-17-92 | 165  Government's response to motion to reconsider judgment and sentence: Brief and agrument. Referred to Judge DeMent. | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued)<br>Page 7 | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 7-24-92 | 166 | **ORDER** denying defendant's motion to reconsider judgment and sentence. EOD: 7/24/92. (Copy mailed to counsel; defendant; furnished: USA, USPO). | | | | |
| 7-27-92 | 172 | **JUDGMENT & COMMITMENT:** Defendant is Ordered to pay a special assessment of $100, which shall be due immediately; defendant is hereby committed to the custody of BOP to be imprisoned for a term of 121 months; that term consists of terms of 121 months on each of Counts I and II to be served concurrently; that upon release from imprisonment, defendant shall be on supervised release for a term of five(5) years on Count I and five(5) years on Count II, all such terms to run concurrently; while on supervised release, defendant shall not commit another federal, state or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court and shall comply with the following additional conditions: (1) that if ordered to the custody of the BOP, defendant shall report in person to the probation office in which defendant is released w/in 72 hours of release from the custody of the Bureau of Prisons; if a fine, special assessment, costs or restitution obligation, it shall be a condition of supervised release that the defendant pay as ordered and that any remain unpaid at the commencement of the term of supervised release; defendant shall not own or possess a firearm or destructive device; defendant shall submit to a drug test when ordered to do so by the probation officer; EOD: 7/27/92 (Copy mailed to defendant, counsel; Board of Registrars; furnished to: USA, USM, USPO). | | | | |
| 7-29-92 | 175 | Defendant's **Notice of Appeal** to the U. S. Court of Appeals, Eleventh Circuit from the order entered 7-27-92. (Copies mailed to Paul R. Cooper with appeal information sheet; furnished Louis Franklin, AUSA; USM & USPO; and certified copies to USCA, Eleventh Circuit with copies of order appealed from and docket entries.)    92-6657] | | | | |
| 7-29-92 | 176 | Defendant's motion to reconsider judgment and sentence (containing brief and argument). Referred to Judge DeMent. | | | | |
| 8-4-92 | | CJA-24 mailed to counsel for signature. | | | | |
| 8-13-92 | 178 | CJA-24. | | | | |

Interval
(per Section II) | Start Date
End Date | Ltr.
Code | Total
Days

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET  U.S. vs AIKEN, ANDRE DEMOND  
NORTHERN DIVISION  
92-00064-05  
AO 256A  Page 8  

| DATE | (Document No.) | PROCEEDINGS (continued) |
|---|---|---|
| 8-14-92 | 179 | Defendant's motion for Judical Recommendation. Referred to Judge DeMent. **M/DENIED 9/2/92.** (Copies mailed to counsel; furn.: USA, USM, USPO). |
| 8-28-92 | 181 | U. S. Marshal's return on judgment by delivering defendant to FCI Tallahassee, Tallahassee, FL 8-26-92. |
| 9-28-92 | | Court Reporter James R. Dickens' official transcript (1 volume) of suppression hearing held 4/10/92, before Judge Hobbs, Montgomery, AL. |
| 9-28=92 | | Court Reporter James R. Dickens' official transcript (4 volumes) of jury trial held 4/21-24/92 before Judge DeMent, Montgomery, AL. |
| 9-28-92 | | Court Reporter James R. Dickens' official transcript (1 volume) held 7/2/92 before Judge DeMent, Montgomery, AL |
| 9-29-92 | | CJA-24 approved for payment in the amount of $45.00. Re: Jimmy Dickens |
| 10-7-92 | | Certificate of Readiness of Record on Appeal mailed to USCA, Eleventh Circuit. |
| 10-8-92 | | Copies of transcripts picked up by counsel. |
| 11-13-92 | | Received $100.00 assessment fee. Receipt #45941. |
| 11-18-92 | 191 | SATISFACTION OF JUDGMENT. |
| * 10-28-92 | 181a | CJA 20 approved by Judge JL Edwards in the amount of $5,211.80 and submitted for payment RE: Hon. Paul R. Cooper. |
| 12-18-92 | | Received copy of ORDER (entered 12/16/92) of the U. S. Court of Appeals, Eleventh Circuit GRANTING appellee's motion for leave to consolidate appeals 92-6600, 92-6657 and 92-6788; GRANTING appellee's motion for stay of briefing schedule. Appellee's consolidated brief shall be due for filing within 35 days from filing of appellant's brief in case no. 92-6788. |
| 2-10-93 | | Entire Record on Appeal (2 volumes pleadings, 8 volumes transcripts and 6 envelopes exhibits) picked up by UPS for delivery to USCA, Eleventh Circuit. [This applies to 92-6600; 92-6788; and 92-6657] |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 8-5-93 | 193  PER CURIAM (entered 7/6/93, issued as the mandate 8/3/93) by USCA, Eleventh Circuit AFFIRMING the district court's judgment entered as to Defendants Kenneth Earl Stovall and Andre Demond Aiken only. Re: No. 92-6600. | | | | |
| 12-9-93 | Received copy of Order (entered 12/7/93) by U.S. Supreme Court denying the petition for writ of certiorari to the U.S. Court of Appeals. (93-6070) | | | | |
| 9-7-94 | 213  Received certified copy of PER CURIAM (entered 7/6/93, issued as the mandate 8/3/93 (9/16/94) by USCA, Eleventh Circuit AFFIRMING the district court, as to Kenneth Earl Stovall & Andre Demond Aiken ONLY. [Re: No. 92-6600 & 92-6657] | | | | |
| 9-7-94 | Entire Record on Appeal ( 2 volumes pleadings, 8 volumes transcripts, 6 envelopes exhibits) returned by USCA, Eleventh Circuit. | | | | |
| 11-7-95 | 246  Defendant's motion pursuant to 18 U.S.C. 3582 (c)(2) for reduction of sentence. Referred to Judge DeMent. | | | | |
| 2-9-96 | 255  ORDER denying defendant's 11/7/95 motion for reduction of sentence. (Copies furn. to USA, PO, PTSO; mailed to defendant.) | | | | |
| 11-28-00 | 300  Probation Officer's Request for modifying the conditions or term of supervision with consent of the offender. (Waiver of hearing to Modify conditions of probation/supervised release or extend term of supervision attached.) Referred to Judge DeMent. and ORDER entered 12/7/00 (incorporation on motion) MODIFYING conditions of supervision as follows: "Defendant shall participate in the home confinement program, with electronic monitoring, for a period of 4 months, to begin at a time designated by the probation officer; defendant shall follow the procedures specified by the probation officer and pay the cost of electronic monitoring as directed"; "defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court." (Copies furn. to USA, PO, PTSO, USM, mailed to Paul R. Cooper.) | | | | |